# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TERESA DE JESUS HERRERA,**<br><br>                   **Plaintiff,**<br><br>    vs.<br><br>**THE PHYSICIAN NETWORK and CATHOLIC HEALTH INITIATIVES PHYSICIAN SERVICES, LLC,**<br><br>                   **Defendants.** | **8:20CV99**<br><br>**THIRD AMENDED CASE PROGRESSION ORDER** |

This matter is before the Court on the Joint Motion to Amend Case Progression Order (Filing No. 47). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

IT IS ORDERED that the Joint Motion to Amend Case Progression Order (Filing No. 47) is granted, and the amended case progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure remains **April 20, 2021**. Motions to compel written discovery under Rules 33, 34, and 36 must be filed by **May 3, 2021**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The deposition deadline is extended to **June 4, 2021**.

3) The planning conference scheduled for May 7, 2021, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **June 18, 2021**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadline for filing motions to dismiss and motions for summary judgment is extended to **July 23, 2021**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **July 23, 2021**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 5th day of April, 2021.

                                          BY THE COURT:

                                          s/Michael D. Nelson
                                          United States Magistrate Judge