# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TERESA DE JESUS HERRERA,** | |
| Plaintiff, | 8:20CV99 |
| vs. | **FOURTH AMENDED CASE PROGRESSION ORDER** |
| **THE PHYSICIAN NETWORK and CATHOLIC HEALTH INITIATIVES PHYSICIAN SERVICES, LLC,** | |
| Defendants. | |

This matter is before the Court on the Joint Motion to Amend Third Case Progression Order (Filing No. 63). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion to Amend Third Case Progression Order (Filing No. 63) is granted, and the third amended case progression order is amended as follows:

1) The deposition deadline is extended to **July 16, 2021**.

2) The planning conference scheduled for June 18, 2021, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **July 16, 2021**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deadline for filing motions to dismiss and motions for summary judgment is extended to **August 16, 2021**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **August 16, 2021**.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 4th day of June, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge